**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

G  _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

G  _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Dana Stacey-Ann Hull     JOINT DEBTOR:_____ CASE NO.:   11-12173-BKC-RBR\_\_\_\_\_

Last Four Digits of SS# 5201_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_\_\_36\_\_\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

         A.    $ \_\_606.71\_\_ for months \_\_1\_\_ to \_\_35\_\_ ;

         B.    $ 55,759.58\_\_ for months \_\_36\_\_ to \_\_36\_\_ ;

         C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $5000.00 ($3500, plus $750 per motion to value real property x 2= $1500)   TOTAL PAID $ 3500.00   Balance Due    $1500.00 payable $ 500.00 /month (Months \_\_1\_\_ to \_\_3\_\_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date    $_____

Address:_____        Arrears Payment   $_____/month (Months _____ to _____ )

_____     Regular Payment   $_____/month (Months _____ to _____ )

Account No: _____

2. _____     Arrearage on Petition Date    $_____

Address:_____        Arrears Payment   $_____/month (Months _____ to _____ )

_____     Regular Payment   $_____/month (Months _____ to _____ )

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | | Total Plan Payments |
|---|---|---|---|---|---|---|
| Space Coast Credit Union 1st Mortgage Dept. 8045 N. Wickham Road Melbourne, FL 32940 1st Mortgage | $63,280.00 6764 SW 40th Street, Davie, FL 33314 | Principal and interest payments at 5.25 % on a 180 month amortization for 35 months for an total of $17,804.15 with a balloon of $50,640.78 in month 36. | $ 51.55 $551.55 $50,640.78 | \_\_1\_\_ To \_\_3\_\_ \_\_4\_\_ To \_\_35\_\_ \_\_36\_\_ To \_36\_ | | $68,444.93 |

LF-31 (rev. 01/08/10)

| | | | | | |
|---|---|---|---|---|---|
| Space Coast Credit Union<br>POB 822300<br>Pembroke Pines, FL 33082-2300<br>2nd Mortgage | $0.00<br><br>6764 SW 40th Street, Davie, FL 33314 | % | $ | \_\_\_\_\_ To \_\_\_\_\_ | |
| | $ | % | $ | \_\_\_\_\_ To \_\_\_\_\_ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                                           Payable  $_____/month  (Months____ to ___)  Regular Payment $_____
2. _____   Total Due  $_____
                                           Payable  $_____/month  (Months____ to ___)  Regular Payment $_____

Unsecured Creditors:  Pay $__50.00____/month  (Months__36___ to __36___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1.       Nova Townhouses Condominium, Inc., Acct # Nova-240 is current and paid direct.

2.       Infinit Financial Services, Account No. 80001, for the 2007 Infinity FX 35, VIN NRAS08U17X100437, is current and paid directly.

3.       Debtor assumes lease for residential premises, Lessor Micaela Birmingham and Peter Putha.

4.       Debtor assumes month to month lease for Pods, Inc., storage unit.


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Sherri Simpson
 Sherri B. Simpson, attorney for debtor
with debtor's knowledge and consent

Date: _____2/10/11_____

LF-31 (rev. 01/08/10)